UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

WARNER TECHNOLOGY & INVESTMENT CORP.

   *Plaintiff,*

vs.

RENYI HOU

   *Defendant.*

NOTICE OF VOLUNTARY DISMISSAL

Case No. 13-CV-05985

---

  **NOW COMES** the Plaintiff, by counsel, and hereby dismisses this action against Defendant Renyi Hou, WITHOUT PREJUDICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

  In support thereof, Plaintiff states:

1. This case was filed on October 8, 2013.
2. Defendant have not yet answered or otherwise responded to the Complaint.
3. Defendant not having responded to the Complaint, Plaintiff may voluntarily dismiss the case without prejudice.

**WHEREFORE,** the Plaintiff gives this notice, dismissing the case without prejudice.

                Respectfully submitted,

So Ordered this 11th day of December, 2013

/s/ Heng Wang
By: Heng Wang (HW0786)
Wang, Gao & Associates, P.C.
36 Bridge Street
Metuchen, NJ 08840
Tel: (732) 767-3020
heng.wang@wanggaolaw.com